DANIEL G. BOGDEN
United States Attorney

HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Tel:  (775) 784-5438
Fax:  (775) 784-5181

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WASHOE HOUSING AUTHORITY,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SHAUN DONOVON, Secretary of Housing and Urban Development; and DEBORAH HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing,<br><br>          Defendants. | Case No. 3:08-CV-00617-RCJ-RAM<br><br><br><br><br><br><br><br>**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** |

Pursuant to LR IA 10-3, Defendant respectfully requests that Perrin N. Wright be permitted to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Wright is a trial attorney with the United States Department of Housing and Urban Development, Office of General Counsel, Litigation Division.  Her office is located in Washington, D.C. and she is a member in good standing of the New York State Bar, Number 4632238.

1  Accordingly, Defendant respectfully requests that an order be issued allowing Perrin N.
2  Wright to practice before this honorable Court.
3  DATED this 8th day of July, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


*/s/ Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____ July 8, 2011

2

## CERTIFICATE OF SERVICE

| | |
|---|---|
| WASHOE HOUSING AUTHORITY, ) | Case No. 3:08-CV-00617-RCJ-RAM |
| )  Plaintiff, ) | |
| v. ) | |
| UNITED STATES DEPARTMENT OF ) HOUSING AND URBAN DEVELOPMENT; ) SHAUN DONOVON, Secretary of Housing and ) Urban Development; and DEBORAH ) HERNANDEZ, General Deputy Assistant ) Secretary for Public and Indian Housing, ) ) Defendants. ) | |

The undersigned hereby certifies that service of the foregoing **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** has been made by electronic notification through the Court's electronic filing system or, as appropriate, by sending a copy by first-class mail to the following addressee(s) on July 8, 2011:

ROBERT W. STORY
245 East Liberty Street, Suite 530
Reno, NV  89501

/s/ Holly A. Vance
HOLLY A. VANCE
Assistant United States Attorney